# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
## CIVIL DIVISION

**PRESCOTT LOVERN,** *Pro Se*
On behalf of himself and
all others similarly situated
in his capacity as
**Private Attorney General**
R & L Associates Law
2710 Thomes Ave. Suite 275
Cheyenne, WY 82001
(307)-275-1017

~~NOTICE~~ *MOTION* OF DISMISSAL
OF ALL DEFENDANTS
PURSUANT TO F.R.Civ.P.
41(a)(1)(A)(i) WITHOUT
COURT ORDER

Civil No. 1:12-cv-01741 *EGS*

Plaintiff,

v.

**TIM GEITHNER** (individual capacity)
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
(202)-622-1100
**DAVID S. COHEN** (individual capacity)
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
(202)-622-8260
**JAMES H. FREIS, JR.** (individual capacity)
2635 Garfield Street NW
Washington-Woodley Park, D.C. 20008
(202)-319- 0370
**BILL S. BRADLEY** (individual capacity)
2070 Chain Bridge Road
Vienna VA 22182,
(703- 905-3773,

**JOHN C. DUGAN** (individual capacity)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202)-662-5051,

**RECEIVED**

NOV - 5 2012

Clerk, U.S. District and
Bankruptcy Courts

**THOMAS J. CURRY** (individual capacity)
Comptroller of the Currency
Administrator of National Banks
Washington, DC 20219
(202)-874-5200,
**JULIE WILLIAMS** (individual capacity)
Comptroller of the Currency
Administrator of National Banks
Washington, DC 20219
(202)-874-5200,
**DAN STIPANO** (individual capacity)
Comptroller of the Currency
Administrator of National Banks
Washington, DC 20219
(202)-874-5200,

**BEN BERNANKE** (individual capacity)
Federal Reserve Board
Constitution Avenue NW
Washington, DC 20551
(202)-203-4000,

**CITIGROUP, INC.**
399 Park Ave.
New York, NY 10022
(212)-559-1000,
**VIKRAM PANDIT** (individual capacity)
399 Park Ave.
New York, NY 10022
(212)-559-1000,
**MICHAEL HELFER** (individual capacity)
399 Park Ave.
New York, NY 10022
(212)-559-1000,
**GENE McQUADE** (individual capacity)
399 Park Ave.
New York, NY 10022
(212)-559-1000,

**JOHN HAVENS** (individual capacity)
399 Park Ave.
New York, NY 10022
(212)-559-1000,

(2)

**DON CALLAHAN** (individual capacity)
399 Park Ave.
New York, NY 10022
(212)-559-1000,

**CECE STEWART** (individual capacity)
One Court Square
24th Floor
Long Island City, NY 11120
(718)-248-0855,
**JIM GARNER** (individual capacity)
One Court Square
24th Floor
Long Island City, NY 11120
(718)-248-0688,
**GARY KIMMELMAN** (individual capacity)
One Court Square
24th Floor
Long Island City, NY 11120
(718)-248-9102,

**BANK OF AMERICA CORPORATION**
Bank of America Corporate Center
100 North Tyron Street
Charlotte, N.C. 28255
(704)-386-5681,
**BRIAN T. MOYNIHAN** (individual capacity)
Bank of America Corporate Center
100 North Tyron Street
Charlotte, N.C. 28255
(704)-386-5681,

**BB&T CORPORATION**
200 West Second Street
Winston-Salem, North Carolina  27101
(336)-733-2000,

**KELLY KING** (individual capacity)
200 West Second Street
Winston-Salem, North Carolina  27101,
(336)-733-2000,

(3)

**CITIZENS FINANCIAL GROUP, INC.**
1 Citizens Plaza
 Providence, RI 02903
(401)-456-7000,
**ELLEN ALEMANY** (individual capacity)
1 Citizens Plaza
 Providence, RI 02903
(401)-456-7000,

**DEUTSCHE BANK CORPORATION**
Federal Republic of Germany
Taunusanlage 12, 60325 Frankfurt am Main
Germany
49-69-910-3359
Karin.dohm@db.com
**DEUTSCHE BANK TRUST COMPANY AMERICAS**
280 Park Avenue
New York, NY 10017
(212)-250-7980

**JPMORGAN CHASE & CO**
270 Park Avenue
New York, NY 10017
(212)-270-7122,
**JAMIE DIMON** (individual capacity)
270 Park Avenue
New York, NY 10017
(212)-270-7122,

**FIFTH THIRD BANCORP**
Fifth Third Center
38 Fountain Square Plaza
Cincinnati, OH 45263
(800)-972-3030,
**KEVIN T. KABAT** (individual capacity)
Fifth Third Center
38 Fountain Square Plaza
Cincinnati, OH 45263,
(800)-972-3030,

**HSBC NORTH AMERICA HOLDINGS, INC.**
452 Fifth Avenue
New York, NY 10018
(212)-525-5000,

**IRENE DORNER** (individual capacity)
452 Fifth Avenue
New York, NY 10018
(212)-525-5000,

**M&T BANK CORPORATION**
One M&T Plaza
Buffalo, NY 14203-2399
716-842-5445,
**ROBERT WILMERS** (individual capacity)
One M&T Plaza
Buffalo, NY 14203-2399
716-842-5445,

**PNC FINANCIAL SERVICES GROUP, INC.**
PNC Plaza,
249 5th Ave.
Pittsburgh, PA 15222
(412)-762-2000,
**JAMES E. RHOR** (individual capacity)
PNC Plaza,
249 5th Ave.
Pittsburgh, PA 15222
(412)-762-2000,

**SUNTRUST BANKS, INC.**
303 Peachtree Street, NE
Atlanta, GA 30308
(404) 588-7711,
**WILLIAM H. ROGERS, JR.** (individual capacity)
303 Peachtree Street, NE
Atlanta, GA 30308,
(404) 588-7711,

**TD BANK US HOLDINGS**
ONE PORTLAND SQUARE
PORTLAND, ME, 04112
(207)-761-8500,

**BHARAT MASRANI** (individual capacity)
ONE PORTLAND SQUARE
PORTLAND, ME. 04112
(207)-761-8500,

**US BANCORP**
800 Nicollet Mall
Minneapolis, MN 55402
(651)-466-3000,

**RICHARD K. DAVIS** (individual capacity)
800 Nicollet Mall
Minneapolis, MN 55402
(651)-466-3000.

**WELLS FARGO & COMPANY**
420 Montgomery Street
San Francisco, CA 94163
(415)-396-1793,
**JOHN STUMPF** (individual capacity)
420 Montgomery Street
San Francisco, CA 94163
(415)-396-1793,

**FEDERAL RESERVE BANK BOSTON**
600 Atlantic Avenue
Boston, MA 02210
(617)-973-3000,

**FEDERAL RESERVE BANK NEW YORK**
33 Liberty Street
New York, NY 10045
(212)-720-6130,

**FEDERAL RESERVE BANK PHILADELPHIA**
Ten Independence Mall
Philadelphia, PA 19106-1574
(215)- 574-6000,

**FEDERAL RESERVE BANK CLEVELAND**
1455 East 6th Street
Cleveland, OH 44114
(216)-579-2000,

**FEDERAL RESERVE BANK RICHMOND**
701 East Byrd Street
Richmond, VA 23219
(804) 697-8000,

**FEDERAL RESERVE BANK ATLANTA**
1000 Peachtree Street NE
Atlanta, GA 30309
(404) 498-8500,

**FEDERAL RESERVE BANK CHICAGO**
230 South LaSalle St.
Chicago, IL 60604
(312)-322-5322,

**FEDERAL RESERVE BANK ST. LOUIS**
One Federal Reserve Bank Plaza
Broadway and Locust Streets
St. Louis, MO  63102
(314)-444-8444,

**FEDERAL RESERVE BANK MINNEAPOLIS**
90 Hennepin Avenue
Minneapolis, MN  55401
(612)-204-5000,

**FEDERAL RESERVE BANK KANSAS CITY**
1 Memorial Drive
Kansas City, MO  64198
(800)-333-1010,

**FEDERAL RESERVE BANK DALLAS**
2200 North Pearl Street
Dallas, TX  75201
(214)-922-6000,

**FEDERAL RESERVE BANK SAN FRANCISCO**
101 Market Street
San Francisco, CA  94105
(800)-227-4133,

       Defendants.

## MOTION TO DISMISS WITHOUT COURT ORDER

Prescott Lovern, *pro se* Plaintiff, respectfully moves to voluntarily dismiss this lawsuit pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff voluntarily dismisses this lawsuit, without prejudice, against all Defendants: TIM GEITHNER; DAVID S. COHEN; JAMES H. FREIS, JR.; BILL S. BRADLEY; JOHN C. DUGAN; THOMAS J. CURRY; JULIE WILLIAMS; DAN STIPANO; BEN BERNANKE; CITIGROUP, INC.; VIKRAM PANDIT; MICHAEL HELFER; GENE McQUADE; JOHN HAVENS; DON CALLAHAN; CECE STEWARD; JIM GARNER; GARY KIMMELMAN; BANK OF AMERICA CORPORATION; BRIAN T. MOYNIHAN; BB&T CORPORATION; KELLY KING; CITIZENS FINANCIAL GROUP, INC.; ELLEN ALEMANY; DEUTSCHE BANK CORPORATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; JPMORGAN CHASE & CO; JAMIE DIMON; FIFTH THIRD BANCORP; KEVIN T. KABAT; HSBC NORTH AMERICA HOLDINGS INC.; IRENE DORNER; M&T BANK CORPORATION; ROBERT WILMERS; PNC FINANCIAL SERVICES GROUP, INC.; JAMES E. RHOR;  SUNTRUST BANKS, INC.; WILLIAM H. ROGERS, JR.; TD BANK US HOLDINGS; BHARAT MASRANI; US BANCORP; RICHARD K. DAVIS; WELLS FARGO & COMPANY; JOHN STUMPF; FEDERAL RESERVE BANK BOSTON; FEDERAL RESERVE BANK NEW YORK; FEDERAL RESERVE BANK PHILADELPHIA; FEDERAL RESERVE BANK CLEVELAND; FEDERAL RESERVE BANK RICHMOND; FEDERAL RESERVE BANK ATLANTA; FEDERAL

(8)

RESERVE BANK CHICAGO; FEDERAL RESERVE BANK ST. LOUIS; FEDERAL
RESERVE BANK MINNEAPOLIS; FEDERAL RESERVE BANK KANSAS CITY;
FEDERAL RESERVE BANK DALLAS; and, FEDERAL RESERVE BANK SAN
FRANCISCO.

This case was originally filed in D.C. Superior Court based on a constitutional tort
with no federal defendants, BUT, the U.S. Attorney's Office in Washington, D.C. filed a
notice of removal before any Defendant was served, substituting federal employees
named in their *individual capacity* with the United States.

At no time prior has this case, or the claims in this case, ever been dismissed, and,
no Defendant has been served, filed an answer, or, filed a motion of summary judgment.

WHEREFORE this civil action is properly dismissed without prejudice pursuant
to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Prescott Lovern respectfully requests the court to send him any documents via
email at prescottl@rlassociateslaw.com

November 5, 2012

Respectfully submitted,

_____
Prescott Lovern, *Pro Se*
R & L Associates Law
2710 Thomes Ave. Suite 275
Cheyenne, WY 82001
(307)-275-1017
prescottl@rlassociateslaw.com

(9)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT Defendants TIM GEITHNER; DAVID S. COHEN; JAMES H. FREIS, JR.; BILL S. BRADLEY; JOHN C. DUGAN; THOMAS J. CURRY; JULIE WILLIAMS; DAN STIPANO; and, BEN BERNANKE – all substituted for the United States as Defendant by U.S. Attorney Ronald C. Machen, Jr., was sent the above Motion to Dismiss via email November 5, 2012, to their counsel, Ronald C. Machen, Jr., at ronald.machen@usdoj.gov; and, copies to their co-counsels at daniel.vanhorn@usdoj.gov, and Laurie.Weinstein2@usdoj.gov.

All other Defendants were sent a copy of the above Motion to dismiss either via email or U.S. Postal Service no later than November 7, 2012.

November 5, 2012

_____

Prescott Lovern, *Pro Se*